UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | : | |
| Plaintiff, | : | 05-CV-0714 |
| | : | Honorable Gordon J. Quist |
| v. | : | |
| SUCCESS EXPRESS, INC., et al. | : | |
| Defendants. | : | |

STATE OF MICHIGAN  )
                   )  **ss.**
COUNTY OF KENT     )

### ORDER AUTHORIZING THE SUMMARY DISSOLUTION
### OF EMPLOYMENT RESOURCE, LLC

1. On November 28, 2005, the United States District Court for the Western District of Michigan entered a *Stipulated Preliminary Injunction with Appointment of Permanent Receiver, Asset Freeze and Accounting* (the "Preliminary Injunction"), which appointed Phillip S. Stenger as permanent Receiver of Receivership Defendant Employment Resource, LLC ("Employment Resource") for the benefit of investors to marshal, conserve, protect, hold funds, operate, and with the approval of the Court, dispose of any wasting assets of the Receivership Property by order of this Court.

2. Under the terms of the Preliminary Injunction set forth in section XI(L), the Receiver is vested with discretion either to "continue to conduct the business, or cease operation of the business" of each Receivership Defendant.

3. Employment Resource was incorporated in Michigan on January 16, 2003 and assigned the identification number B5089H. The Receiver ceased operating the business of

158226

Employment Resource immediately after entry of the Preliminary Injunction in November of 2005.

     5.    Pursuant to M.C.L. §450.1801(2) the Receivership Defendants may be summarily dissolved as follows:

> A corporation whose assets have been wholly disposed of under court order in receivership or bankruptcy proceedings may be summarily dissolved by order of the court having jurisdiction of the proceedings. A copy of the order shall be filed by the clerk of the court with the administrator.

No operating assets remain in the account of Employment Resource, as any and all related assets are now held in trust by the Receivership Estate for the benefit of investors who were defrauded by the business practices of the Receivership Defendants.

     **IT IS HEREBY ORDERED THAT** the Employment Resource (Michigan Corp. ID No. B5089H) be summarily dissolved in accordance with M.C.L. §450.1801(2).

Dated:   August 31, 2007  , 2007.

                                             /s/ Gordon J. Quist
                                              HONORABLE GORDON J. QUIST
                                              DISTRICT COURT JUDGE